Chapter 13 Plan Form, Revised 10/24/2005

## CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

CASE NO.  **11-13115**

Debtor  **Jerry L Williams**                SS#  **xxx-xx-4826**        Current Monthly Income $  **3,417.63**
Joint Debtor                                SS#                        Current Monthly Income $
Address  **1698 CR 232 Oakland, MS 38948-0000**                                No. of Dependents  **1**
Telephone No.  **662-852-9014**        TAX REFUNDS AND EIC FOR DISTRIBUTION:  **None Available**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of  **60**  months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)    Debtor shall pay $ **1,215.50** per **monthly** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

**DIRECT**

(B)    Joint Debtor shall pay $____ per **(monthly / semi-monthly / weekly / bi-weekly )** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ **30,960.86** @ $ **516.01** /mo
State Tax Commission $ **0.00** @ $ **0.00** /mo Other **$ 0.00** @ **$ 0.00** /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**

**-NONE-**

beginning  in the amount of $ per month shall be paid:
_____ direct        _____ through payroll deduction        _____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**

**MS DHS/METSS**
**750 N State St.**
**Jackson, MS 39202**

in the amount of **$71,918.00** shall be paid @ **$ 100.00** per month:

**through the plan. Any additional funds available before completion of the plan shall be paid to MS DHS/METSS. All funds which are not paid to said creditor shall not**

_____ through payroll deduction        **X**    **be discharged pursuant to U.S.C. § 1328(a)**

**HOME MORTGAGE(S)**
MTG PMTS TO:  **-NONE-**                BEGINNING _____ @$ _____ PLAN DIRECT
MTG ARREARS TO:  **-NONE-**                THROUGH _____ $ _____ @$ _____ /MO*
                                                    (*Including interest at %)

---

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1326(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| **Greentree Servicing, LLC** | **1997 Cavalier 28' x 70' Mobile Home Location: 1698 CR 232, Oakland MS 38948** | **69,206.19** | **\*17,000.00** | **7.00 %** | **20,197.22** | **336.62** |
| **Mechanics Bank** | **2001 Freightliner FLD 120"-132" BBC FLD12064T Classic Location: 1698 CR 232, Oakland MS 38948** | **8,512.00** | **\*6,000.00** | **7.00 %** | **7,128.43** | **118.81** |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| **-NONE-** | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:   **\*Amount proposed to be paid through the plan.**

**UNSECURED DEBTS** totaling approximately $ __91,663.52__ are to be paid in deferred payments to creditors that have timely filed claims that are not disallowed: ____ IN FULL or __0__ % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ __2,800.00__                Pay administrative costs and debtor's attorney fees
Attorney Fees Previously Paid $ __0.00__                    Pursuant to Court Order and/or local rules.
Attorney fees to be paid through the plan $ __2,800.00__

Name/Address/Phone # of Vehicle Insurance Co./Agent         Attorney for Debtor (Name/Address/Phone # / Email)
_____                            **Thomas U. Reynolds 5307**
_____                            **P .O. Drawer 280**
_____                            **Charleston, MS 38921**
_____

Telephone/Fax _____                         Telephone/Fax   **662-647-3203/662-647-2811**
                                                           E-mail Address   **jenstanford@bellsouth.net**

DATE: __August 18, 2011__        DEBTOR'S SIGNATURE              **/s/ Jerry L. Williams**
                                 JOINT DEBTOR'S SIGNATURE
                                 ATTORNEY'S SIGNATURE            **/s/ Thomas U. Reynolds**

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy